In the Matter of the Claim of GENEVIEVE VON SCHULTES, Respondent, against PEOPLES CREDIT CLOTHING COMPANY and Another, Appellants. STATE INDUS-

*Affd., 257 N. Y. 565.

TRIAL BOARD, Respondent.— Motion to dismiss appeal granted, with ten dollars costs to the State Industrial Board against the employer and the insurance carrier.